UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GABRIEL OJEDA CEDANO

                                      Plaintiff,

-against-

                                                                            18-cv-01269 (KBF)

TEAM ELECTRICAL INC.,
and RIFAT REDZEMATOVIC,
individually,

                                      Defendants.

------------------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Gabriel Ojeda Cedano, hereby gives notice that the above captioned action against Team Electrical Inc. and Rifat Redzematvoic, individually is voluntary dismissed against all Defendants.

Dated: March 12, 2018
       New York, New York

                                            **THE LAW OFFICES OF JACOB ARONAUER**

                                            By: */s Jacob Aronauer*
                                                  Jacob Aronauer
                                                  225 Broadway, 3rd Floor
                                                  New York, NY 10007
                                                  Telephone: (212) 323-6980
                                                  Facsimile: (212) 233-9238
                                                  *Attorney for Plaintiff*

So ordered.
KBF. [signature]
USDJ
3/13/18